478L

00418

Cause No. 06-03128

| | | |
|---|---|---|
| JOHN R. MURPHY, et al | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § | OF DALLAS COUNTY, TEXAS |
| JOSHUA FINANCIAL CORPORATION, et al | § § | |
| Defendants. | § § | 193RD JUDICIAL DISTRICT |

## ORDER ON PLAINTIFFS' AND INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MILLENNIUM DEFENDANTS' ERISA PREEMPTION DEFENSE

On August 28, 2008, came on for hearing the above referenced Motion and all affected parties appeared by attorney and announced ready.

Upon consideration of the Motion, the evidence, the briefing and the argument of counsel, the Court finds Plaintiffs' and Intervenors' Motion should be, and hereby is, GRANTED.

It is the Court's judgment that the Millennium Multiple Employer Welfare Benefit Plan ("Millennium") does not qualify as an "employee welfare benefit plan" under 29 USC §1002(1) and that the ERISA preemption defense pled by Millennium, Millennium Marketing Group, LLC, Norman H. Bevan and Innovus Financial Solutions, Inc. is not applicable in this case.

So ORDERED on September __, 2008.

Hon. Carl Ginsberg, Presiding Judge

**EXHIBIT V**　　　　　　　　　　　　　　　　　　　　　　　　　　　CIV-09-01243-F

Order On Plaintiffs' And Intervenors' Motion For Partial Summary Judgment
Regarding Millennium Defendants' ERISA Preemption Defense　　　　　　　Page Solo